

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2015

No. 04-13-00608-CV

**SMITH-REAGAN & ASSOCIATES, INC.** d/b/a Smith-Reagan Insurance Agency,
Appellant

v.

**FORT RINGGOLD LIMITED**, Pete Diaz III, Aaron Diaz and Monica Aguillon,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-02-343
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice
              Luz Elena D. Chapa, Justice (dissenting with opinion)

On April 9, 2015, appellees filed a Motion for Rehearing. The motion is DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court